UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SEAN M. DUGAN,<br>　　Plaintiff<br><br>　　v.<br><br>VIKING COLLECTION SERVICE,<br>INC., and JOHN DOE,<br>　　Defendants | )<br>)<br>)<br>)　　Civil Docket No. 11-415 S<br>)<br>)<br>)<br>) |

### Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, the Plaintiff hereby files this notice dismissing this matter with prejudice as to all parties, no cost and no interest.

　　　　　　　　　　　　　　　　　　　　　　The Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　By Counsel,


　　　　　　　　　　　　　　　　　　　　　　/s/ John T. Longo
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Citadel Consumer Litigation, P.C.
　　　　　　　　　　　　　　　　　　　　　　John T. Longo, Esq./#4928
　　　　　　　　　　　　　　　　　　　　　　681 Smith Street
　　　　　　　　　　　　　　　　　　　　　　Providence, RI  02908
　　　　　　　　　　　　　　　　　　　　　　(401) 383-7550
　　　　　　　　　　　　　　　　　　　　　　Fax (401) 537-9185
　　　　　　　　　　　　　　　　　　　　　　jtlongo@citadelpc.com

### Certificate of Service

　　I certify that on ___11/9/11_____ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

None.

I further certify that I caused a copy of this document to be sent to the people listed below via first class mail or, if only an e-mail address is listed below, via e-mail:

Doug Boyum, Assistant Vice President
Viking Collection Service Inc.
Phone: 1-800-767-7920
dboyum@vikingservice.com

/s/ John T. Longo
_____
John T. Longo, Esq./#4928

FD 3375